Alan Stuart Graf, OSB # 92317
alanstuartgraf@gmail.com
825 Merrimon Ave, Ste C
PMB # 354
Asheville, NC 28804
Telephone: 931-231-4119
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL D.

     Plaintiff,

     v.

Commissioner of Social Security,

     Defendant.

6:25-cv-00124-JR

ORDER GRANTING
ATTORNEYS' FEES UNDER
42 U.S.C. § 406(b)

Attorneys' fees in the amount of $**10,527.00** minus the EAJA fees of $1,715.00 previously paid for a total of **$8,812.00** pursuant to 42 U.S.C. § 406(b) are hereby awarded to Plaintiff's attorney, Alan Graf. The court finds that this is a reasonable fee in light of the circumstances in this case. When issuing the 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract any applicable processing fees as allowed by statute.

DATED this 30th day of June, 2026.

/s/ Jolie A. Russo
Jolie A. Russo
United States Magistrate Judge

Presented by:

/s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES